GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
Asset Forfeiture Section
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213)894-2727
    Facsimile: (213)894-7177
    E-Mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>$617,342.83 IN BANK FUNDS,<br><br>      Defendant.<br>_____<br>RAKSHA PATEL, RASHMIKANT PATEL, and R.N.R. OILS, INC.,<br><br>      Claimants.<br>_____ | NO.  CV 08-06943-ODW(PLAx)<br><br>**CONSENT JUDGMENT** |

    Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on October 21, 2008.  Notice was given and published in accordance with law.  Raksha Patel, Rashmikant Patel, and R.N.R. Oils, Inc. ("claimants"), filed timely claims and answers.  Claimants maintain that the defendant $617,342.83

in bank funds are revenues of R.N.R. Oils, Inc. of which claimants Rashmikant Patel and Raksha Patel at all times were and are the 100% shareholders.

No other claims or answers have been filed, and the time for filing claims and answers has expired.

Plaintiff and claimants have reached an agreement that is dispositive of this action. Plaintiff and claimants hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $617,342.83 in bank funds other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. By consenting to this Judgment, claimants are making no admission of any kind of any nature, whatsoever, with respect to the allegations set out in the Complaint. This Consent Judgment shall have no collateral estoppel or res judicata effect as to claimants for any purpose except as stated in this Consent Judgment. Specifically, this Consent Judgment has been arrived at by mutual, good faith, negotiations between the parties hereto, is the result of a settlement between the parties and shall be treated as a settlement agreement to the broadest extent possible.

4. The United States of America shall have judgment as to $308,671.41 of the defendant $617,342.83 in bank funds and all interest earned thereon. Such judgment is neither an admission

of liability by any or all of the claimants nor shall it serve as a basis for determining the judgment amount to be a fine or a penalty.  No other person or entity shall have any right, title or interest in the forfeited bank funds.  The United States Treasury is ordered to dispose of the forfeited bank funds in accordance with law.

   5.   The United States shall return to claimants the remaining $308,671.42 of the defendant bank funds and all interest earned thereon less any debt owed to the United States, any agency of the United States, or any other debt which the United States is authorized to collect pursuant to 18 U.S.C. § 3716 (the "remainder of the defendant bank funds").  The remainder of the defendant bank funds shall be returned to claimants Raksha Patel, Rashmikant Patel, and R.N.R. Oils, Inc., in care of their attorney, David R. Haberbush.  Said funds shall be forwarded by check made payable to "Raksha Patel, Rashmikant Patel, and R.N.R. Oils, Inc.," and shall be mailed to David R. Haberbush, Haberbush & Associates, LLP, 444 West Ocean Boulevard, Suite 1400, Long Beach, California 90802.

   6.   Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Department of the Treasury, Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

1     7.   The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: __January 7, 2009

```
                              _____
                              HONORABLE OTIS D. WRIGHT II
                              UNITED STATES DISTRICT JUDGE
```

**Approved as to form and content:**

```
DATED: December ____, 2009    GEORGE S CARDONA
                              Acting United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                              _____
                              MICHELE C. MARCHAND
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America

DATED: December ____, 2009    HABERBUSH & ASSOCIATES, LLP
                              JARVIS & KRIEGER


                              _____
                              DAVID R. HABERBUSH
                              ELIOT F. KRIEGER

                              Attorneys for Claimants Raksha
                              Patel, Rashmikant Patel and R.N.R.
                              Oils, Inc.

DATED: December ____, 2009


                              _____
                              RAKSHA PATEL, Claimant
```

[*SIGNATURES CONTINUE ON NEXT* PAGE]

```
1  DATED: December ____, 2009
2                                         _____
3                                         RASHMIKANT PATEL, Claimant
   DATED: December _____, 2009
4
5                                         _____
                                          R.N.R. OILS, INC., Claimant
6                                         RASHIMIKANT PATEL, President
```